UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:08-MJ-1496TBM | **DATE:** | October 21, 2008 |
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY EDWARDS | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Jeff Miller | |
| | | **DEFENSE COUNSEL**<br>Dionja Dyer, AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 3:30-3:43 | **TOTAL:** | **PROBATION:** | |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE** (Rule 5 - Maine)

    Deft provided w/copy of [ X ] Indictment   [ ] Information   [ ] Complaint   [ ] Petition
    ARREST DATE:   10/21/08   [ ] **NOT ARRESTED** - Appeared on notice
    Court summarized charges
    Court advises of Deft's Rule 5 rights
    Financial Affidavit submitted for approval
    FPD appointed for initial proceedings only
    Govt position on release or **detention** if Defendant unable to post $20,000 secured bond; no contact
        with codfts; surrender firearms; tested positive - provide prescriptions to pretrial; surrender
        passport. Arraignment set 11/4 @ 10:00 in Bangor, Maine.
    Deft requests continuance to prepare for detention hearing
    Court grants Motion for Continuance. Detention hearing set for 10/22/08 @ 2:00 p.m.
    Court: Order of Temporary Detention pending hearing